**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
TUDOR, JAMES E. III

CHAPTER 7 CASE

CASE NO. 06B-08696 JS

JUDGE JOHN SQUIRES

Debtor(s)

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/20/06. The Trustee was appointed on 07/20/06. An order for relief under Chapter 7 was entered on 07/20/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 5/28/08 is as follows:

a.  RECEIPTS (See Exhibit C)                                    $         203,037.57

b.  DISBURSEMENTS (See Exhibit C)                              $_____188,405.38

c.  NET CASH available for distribution                        $_____14,632.19

d.  TRUSTEE/PROFESSIONAL COSTS
  1.  Trustee compensation requested (See Exhibit E)           $_____12,472.32
  2.  Trustee Expenses (See Exhibit E)                         $_____186.00
  3.  Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)                $_____12,343.07

5.    The Bar Date for filing unsecured claims expired on <u>01/19/07</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a.  Allowed unpaid secured claims                              $_____0.00

b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims        $_____25,251.39

c.  Allowed Chapter 11 Administrative Claims                   $_____0.00

d.  Allowed priority claims                                    $_____4,054.00

e.  Allowed unsecured claims                                   $_____30,705.63

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $

12,343.07.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$25,001.39. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  5/28/08 _____                 RESPECTFULLY SUBMITTED,


                                                 By:/s/David Grochocinski _____
                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL  60462
                                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Tudor, James III

May 27, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2006 | DEG | Review schedules and statement of financial affairs prior to 341 meeting | 0.80 375.00/hr | 300.00 |
| 11/20/2006 | DEG | Telephone conference with attorney regarding possible resolution; send Harriet to see value | 0.60 375.00/hr | 225.00 |
| 12/12/2006 | DEG | Receipt and review of documents requested from debtor | 1.00 375.00/hr | 375.00 |
| 12/17/2006 | DEG | Receipt and review of motion to modify by Karen Tudor | 0.50 375.00/hr | 187.50 |
| 12/29/2006 | DEG | Prepared letter to D. Robin need to discuss phases of settlement | 0.20 375.00/hr | 75.00 |
| 1/4/2007 | DEG | Receipt and review of letter from debtor's attorney regarding real estate; proposed resolution of adversary complaint | 0.50 375.00/hr | 187.50 |
| 1/8/2007 | DEG | Prepared response to Robin's letter of 1/4/07 proposing resolution to adversary complaint | 0.50 375.00/hr | 187.50 |
| 1/12/2007 | DEG | Telephone conference with James Tudor regarding court status | 0.10 375.00/hr | 37.50 |
| 2/6/2007 | DEG | Prepared email and draft order resolving adversary proceeding and the motion to modify stay; request his review with client and advise of changes | 0.50 375.00/hr | 187.50 |
| 2/15/2007 | DEG | Email to debtor's attorney regarding proposed draft order on settlement; no response yet; please advise | 0.20 375.00/hr | 75.00 |
| | DEG | Email to attorney for K. Tudor regarding draft order on settlement of issues sent on 2/6/07 | 0.20 375.00/hr | 75.00 |
| 2/22/2007 | DEG | Email to Daniel Robin regarding resolution by friday's court date; he attempting to get client to attend court and discuss | 0.30 375.00/hr | 112.50 |
| 4/3/2007 | DEG | Prepared email to Karen Tudor's attorney regarding need for access to the premises and installation of lockbox | 0.20 375.00/hr | 75.00 |



EXHIBIT

A

Tudor, James III                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/4/2007 DEG | Review of orders from hearing on 3/30 | 0.30<br>350.00/hr | 105.00 |
| 4/5/2007 DEG | Email to Don Rubin regarding need to follow court orders etc. | 0.50<br>350.00/hr | 175.00 |
| DEG | Review email for phone number for Mrs. regarding sale of property | 0.30<br>350.00/hr | 105.00 |
| 5/16/2007 DEG | Prepared letter to broker with order authorizing employment; she to list and sell property | 0.30<br>375.00/hr | 112.50 |
| 6/11/2007 DEG | Receipt and review of lead base disclosure; sign and fax back to broker | 0.20<br>375.00/hr | 75.00 |
| 7/9/2007 DEG | Telephone conference with Harriet Bode regarding offer on Tudor property | 0.30<br>375.00/hr | 112.50 |
| 7/11/2007 DEG | Telephone conference with Bode regarding value on offer | 0.80<br>350.00/hr | 280.00 |
| 7/13/2007 DEG | Review proposed contract on real estate, draft rider and send to broker | 1.60<br>350.00/hr | 560.00 |
| DEG | Telephone conference with broker on counter-offer at $202,000 | 0.50<br>350.00/hr | 175.00 |
| 7/17/2007 DEG | Telephone conference with Karen Tudor | 0.10<br>350.00/hr | 35.00 |
| DEG | Telephone conference with Karen Tudor | 0.20<br>375.00/hr | 75.00 |
| 7/19/2007 DEG | Telephone conference with attorney for debtor | 1.00<br>350.00/hr | 350.00 |
| 7/20/2007 DEG | Receipt and review of letter from Karen Patterson, attorney for buyer | 0.50<br>375.00/hr | 187.50 |
| DEG | Amend contract and approve same subject to court | 1.00<br>350.00/hr | 350.00 |
| 7/31/2007 DEG | Prepared fax to Karen Patterson regarding modifications to contract; modifications are rejected; being sold as is and where is | 0.30<br>375.00/hr | 112.50 |
| 8/2/2007 DEG | Receipt and review of K. Tudor's objection to trustee's application to sell property | 0.60<br>375.00/hr | 225.00 |
| 8/16/2007 DEG | Telephone conference with James Tudor regarding status of court | 0.20<br>375.00/hr | 75.00 |
| 8/21/2007 DEG | Telephone conference with Russ Kofoed; he will be in court in a.m. | 0.20<br>375.00/hr | 75.00 |
| 9/18/2007 DEG | Review of closing documents; sign power of attorney; etc. | 0.80<br>375.00/hr | 300.00 |
| 9/25/2007 DEG | Telephone conference with Alyra from Chicago Title regarding Karen Tudor; she does not need to sign HUD-1 | 0.20<br>375.00/hr | 75.00 |
| 9/26/2007 DEG | Telephone conference with Chicago Title regarding release of funds; no need for Mrs. Tudor to sign HUD-1; they to send funds | 0.40<br>350.00/hr | 140.00 |
| 9/27/2007 DEG | Receipt of settlement funds; open accounts and deposit same | 0.80<br>375.00/hr | 300.00 |
| 10/2/2007 DEG | Prepared email to Chicago Title regarding the checks that were not released at the time of closing; no need for Mr. Tudor to sign RESPA | 0.50<br>375.00/hr | 187.50 |
| 10/9/2007 DEG | Prepared letter to accountant with necessary documents to prepare tax returns | 0.90<br>375.00/hr | 337.50 |

Tudor, James III

Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2008 | DEG | Prepared final report | 4.00 375.00/hr | 1,500.00 |
| | DEG | Review of tax returns; preparation of prompt determinations letters to IRS and IDR; review of statement of fees from accountant regarding same | 2.00 375.00/hr | 750.00 |
| | | SUBTOTAL: | [        24.10 | 8,875.00] |
| | | For professional services rendered | 24.10 | $8,875.00 |

## SUPPLEMENT TO FINAL REPORT BY TRUSTEE

The debtor filed this matter subsequent to a decree of divorce being filed and entered. The debtor's former spouse was obligated to sell the marital residence but failed to do so. The Trustee believed that sufficient equity was available to provide a dividend to creditors but Mrs. Tudor contested every attempt to sell, refused to accept her own counsels suggestion and allowed the property to deteriorate in condition so that by sale, the estate was unable to obtain sufficient funds to pay administrative costs and a distribution to creditors.  This was despite an adversary judgment entered against her directly a sale of the property.

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Property Insight – tract search** | **$ 60.00** |
| 2) | **Harriet Bode – Reimbursement of expenses** | **63.00** |
| 3) | **Recorder of Deeds** | **63.00** |
| | **TOTAL COSTS** | **$186.00** |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                        $_____203,037.57

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                    $_____2,253.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                           $_____4,000.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06B-08696 JS | Trustee: | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| Case Name: | TUDOR, JAMES E. III | Filed (f) or Converted (c): | 07/20/06 (f) | |
| | | §341(a) Meeting Date: | 09/12/06 | |
| Period Ending: | 05/28/08 | Claims Bar Date: | 01/19/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1748 LINDEN, DES PLAINES, IL | 220,000.00 | 88,000.00 | | 203,000.00 | FA |
| 2 | CHECKING | 150.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 60% OWNERSHIP OF CHAPINS, INC. | 0.00 | Unknown | | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE | 1,800.00 | 1,800.00 | DA | 0.00 | FA |
| 7 | 2005 TAX REFUND | 3,903.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 37.57 | Unknown |
| 8 | **Assets**        **Totals** (Excluding unknown values) | **$226,253.00** | **$89,800.00** | | **$203,037.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

POSSIBLE RESOLUTION OS INTEREST IN HOUSE WITH ESTRANGED SPOUSE SET FOR 2/23/07; MOTION TO MODIFY STAY SET 2/23/07; REVIEW OF CLAIMS PENDING; IF RESOLVED WILL NEED TO OBTAIN ACCOUNTANT AND FINAL RETURNS; PROPERTY SOLD; TAX RETURNS PENDING

**Initial Projected Date Of Final Report (TFR):**  April 30, 2008          **Current Projected Date Of Final Report (TFR):**  June 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 06B-08696 JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) | |
| **Case Name:** | TUDOR, JAMES E. III | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | | **Account:** | ***-*****08-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7577293 | | **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Period Ending:** | 05/28/08 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/07 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESETATE | | 14,607.39 | | 14,607.39 |
| | {1} | | 203,000.00 | 1110-000 | | | 14,607.39 |
| | | WASHINGTON MUTUAL | FIRST MORTGAGE PAYOFF        -150,028.98 | 4110-000 | | | 14,607.39 |
| | | | COUNTY TAXES        -845.64 | 2820-000 | | | 14,607.39 |
| | | | 2ND INSTALLMENT 2006        -620.21 | 2820-000 | | | 14,607.39 |
| | | | COMMISSION TO BROKERS        -9,950.00 | 3510-000 | | | 14,607.39 |
| | | | OVERNIGHT DELIVERY FEE        -25.00 | 2500-000 | | | 14,607.39 |
| | | CHICAGO TITLE | TITLE INSURANCE        -1,120.00 | 2500-000 | | | 14,607.39 |
| | | | COUNTY TAXES        -101.50 | 2820-000 | | | 14,607.39 |
| | | | STATE STAMPS        -203.00 | 2820-000 | | | 14,607.39 |
| | | ASSOCIATED SURVEY | SURVEY        -300.00 | 2500-000 | | | 14,607.39 |
| | | HARRIET BODE | REIMBURSEMENT OF EXPENSES TO REALTOR        -607.14 | 3520-000 | | | 14,607.39 |
| | | KAREN TUDOR | NON-FILING SPOUSE'S EQUITY        -18,591.14 | 8500-002 | | | 14,607.39 |
| | | KAREN PATTERSON | POSSESSION ESCROW        -2,000.00 | 2990-000 | | | 14,607.39 |
| | | FARKHANDAH MIRZA | CREDIT TO BUYER        -4,000.00 | 2500-000 | | | 14,607.39 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.06 | | 14,615.45 |

**Subtotals :**        **$14,615.45**        **$0.00**

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08696 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | TUDOR, JAMES E. III | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7577293 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/28/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.60 | | 14,623.05 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.44 | | 14,630.49 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 6.69 | | 14,637.18 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-08696, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 12.77 | 14,624.41 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 3.00 | | 14,627.41 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.74 | | 14,630.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.04 | | 14,632.19 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 14,644.96 | 12.77 | $14,632.19 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 14,644.96 | 12.77 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $14,644.96 | $12.77 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-08696 JS |
| **Case Name:** | TUDOR, JAMES E. III |
| **Taxpayer ID #:** | 13-7577293 |
| **Period Ending:** | 05/28/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****08-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 14,644.96 |
| Plus Gross Adjustments : | 188,392.61 |
| Less Other Noncompensable Items : | 18,591.14 |
| Net Estate : | $184,446.43 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | **14,644.96** | **12.77** | **14,632.19** |
| **Checking # ***-*****08-66** | **0.00** | **0.00** | **0.00** |
| | **$14,644.96** | **$12.77** | **$14,632.19** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TUDOR, JAMES E. III | CHAPTER 7 CASE |
| | CASE NO. 06B-08696 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

<u>**PROPOSED DISTRIBUTION REPORT**</u>

     I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,632.19 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>    $ 14,632.19

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $    25,251.39 | 57.95% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 12,472.32 | 7,174.77 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 186.00 | 107.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 10,907.50 | 6,274.60 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 150.57 | 86.62 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,285.00 | 739.20 |
| ADMIN6 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $       0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $                    0.00 | |

| 5.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $                    0.00 | |

| 6.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $                    0.00 | |

| 7.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $                    0.00 | |

| 8.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $                    0.00 | |

| 9.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $      4,054.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 006 | KAREN A TUDOR | 4,054.00 $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 30,705.63 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 11,810.18 | 0.00 |
| 002 | CHASE BANK USA NA | 3,211.09 | 0.00 |
| 003 | CHASE BANK USA NA | 6,734.55 | 0.00 |
| 004 | US BANK | 449.81 | 0.00 |
| 005 | US BANK | 8,500.00 | 0.00 |
| | | TOTAL $ | 0.00 |

| 14.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 15.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 16.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 17.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 18.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

The following claims are not included in the distribution because they have been disallowed or barred

by court order or have been withdrawn by the claimant:

| | | | | **DISALLOWED** |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** | | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: <u>5/28/08</u>          /s/David Grochocinski

                                      DAVID GROCHOCINSKI, TRUSTEE

## <u>PROFESSIONAL FEES AND EXPENSES</u>

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 10,907.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 150.57 | |
| | | | 11,058.07 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,285.00 | |
| | | | 1,285.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $          0.00 | $      12,343.07 | $      12,343.07 |

1