**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TUDOR, JAMES E. III<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08696 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 4016
         Wheaton, Illinois 60187

    on:  **July 25, 2008**
    at:  10:00 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $         203,037.57

    b. Disbursements                         $         188,405.38

    c. Net Cash Available for Distribution   $          14,632.19

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $12,472.32 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $186.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $10,907.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $150.57 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,285.00 |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,054.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 006 | KAREN A. TUDOR | $ 4,054.00 | $ 0.00 |

7.   Claims of general unsecured creditors totaling $30,705.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 11,810.18 | $ 0.00 |
| 002 | CHASE BANK USA NA | $ 3,211.09 | $ 0.00 |

| 003 | CHASE BANK USA NA | $ 6,734.55 | $ 0.00 |
| 004 | US BANK | $ 449.81 | $ 0.00 |
| 005 | US BANK | $ 8,500.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, account receivable and 2005 tax refund

Dated: June 24, 2008              For the Court,

                                  **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  Clerk of the U.S. Bankruptcy Court
                                  219 S. Dearborn Street; 7th Floor
                                  Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700