**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TUDOR, JAMES E. III<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08696 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: DuPage County Courthouse
   505 N. County Farm Road, Courtroom 4016
   Wheaton, Illinois 60187

   on: **July 25, 2008**
   at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $         203,037.57

   b. Disbursements                           $         188,405.38

   c. Net Cash Available for Distribution     $          14,632.19

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| | Compensation<br>Previously | Fees Now | Expenses<br>Now |
|---|---|---|---|
| Applicant | Paid | Requested | Requested |

| | | | |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $12,472.32 | |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | | $186.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $10,907.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | | $150.57 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,285.00 | |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,054.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 006 | KAREN A. TUDOR | $ 4,054.00 | $ 0.00 |

7. Claims of general unsecured creditors totaling $30,705.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 11,810.18 | $ 0.00 |
| 002 | CHASE BANK USA NA | $ 3,211.09 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 003 | CHASE BANK USA NA | $ | 6,734.55 | $ | 0.00 |
| 004 | US BANK | $ | 449.81 | $ | 0.00 |
| 005 | US BANK | $ | 8,500.00 | $ | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, account receivable and 2005 tax refund

Dated: June 24, 2008            For the Court,

                                                      **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
               ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8696   Doc 56   Filed 06/24/08   Entered 06/27/08 00:48:54   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Jun 24, 2008
Case: 06-08696                Form ID: pdf002          Total Served: 43
```

The following entities were served by first class mail on Jun 26, 2008.
```
db            James E. Tudor, III,   OS 651 Jefferson Avenue,   Winfield, IL  60190
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Joseph Dowd,   Joseph P. Dowd, Lawyer,   880 Lee Street,   Suite 100,   DesPlaines, IL 60016-6465
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10829223     +Academy Coll Serv/Citibank,   P O B 6241,   Sioux Falls, SD 57117-6241
10829224     +Alliance One/Capital One,   1160 Centre Point Dr., #1,   Mendota Heights, MN 55120-1270
10829225     +Bac/fleet-bkcard,   200 Tournament Dr,   Horsham, PA 19044-3606
10829226     +Bank Of America,   P O B 650260,   Dallas, TX 75265-0260
10829227     +Capital Mgmt Services,   726 Exhange, #700,   Buffalo, NY 14210-1464
10829228     +Capital One,   P O Box 790216,   St Louis, MO 63179-0216
10829229     +Central DuPage Hospital,   Dept 4698,   Carol Stream, IL 60122-0001
10829230     +Chase,   P O Box 15298,   Wilmington, DE 19850-5298
10998395     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10829231     +Chase/Bank One,   P O Box 15298,   Wilmington, DE 19850-5298
10829232      Citibank,   P O Box 688914,   Des Moines, IA  56308-8914
10829233     +Client Services/BOA,   3451 Harry Truman Blvd,   St Charles, MO 63301-4047
10829234     +Client Services/CHASE,   3451 Harry Truman Blvd,   St Charles, MO 63301-4047
10829235     +Client Services/Chase/US Bank,   3451 Harry Truman Blvd,   St Charles, MO 63301-4047
10829236     +Creditors Interchange/BOA,   80 Holtz Dr,   Buffalo, NY 14225-1470
10829238     +Drs. A & A Artisuk & Assoc.,   770 Busse Hwy,   Park Ridge, IL 60068-2441
10829239     +Encore,   800 N Rogers , POB 3330,   Olathe, KS 66063-3330
10829240     +Encore Rec Mgmt/BOA,   800 N Rogers , POB 3330,   Olathe, KS 66063-3330
10829241     +First National Bank Of Omaha,   P O Box 2951,   Omaha, NE 68103-2951
10829242     +First Usa Bank,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10829243    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10829244     +Janice Berman, Esq.,   7625 N. Milwaukee,   Niles, IL 60714-3132
10829245     +Karen A. Tudor,   1748 Linden,   Des Plaines, IL 60018-2257
10829246     +Korman Leder & Assoc.,   3100 Dundee Rd., #116,   Northbrook, IL 60062-2425
10829247     +Michael A. Zaslavsky, Esq.,   180 N LaSalle, #1925,   Chicago, IL 60601-2695
10829248     +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19884-0001
10829250     +NCI,   3601 Algonquin Rd, #232,   Rolling Meadows, IL 60008-3106
10829249     +Nancy Palmisano, Esq.,   6776 N Northwest Hwy, #2D,   Chicago, IL 60631-1297
10829251     +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
10829252      Riffner, Barber, Rowden, Etal,   1834 Walden,   Schaumburg, IL  60173
10829253     +Robert Blaha,   449 W. Fullerton,   Elmhurst, IL 60126-1404
10829254     +The Bureaus/Dr. B Joseph,   35353 Eagle Way,   Chicago, IL 60678-0001
10829221      Tudor James E III,   OS 651 Jefferson Avenue,   Winfield, IL  60190
10829255     +US Bank/Bank One,   P O B 790288,   St Louis, MO 63179-0288
10829256     +Washington Mutual Bank NA,   P O B 9001123,   Lousiville, KY 40290-1123
10829257     +William F. Puga & Assoc., S.C.,   1644 Colonial Pkwy,   Inverness, IL 60067-1207
```
The following entities were served by electronic transmission on Jun 25, 2008.
```
10979289     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2008 06:38:10
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY OH 43054-3025
10829237      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 25 2008 06:38:10      Discover Card,
               P O Box 30395,   Salt Lake City, UT  84130-0395
10829222     +E-mail/Text: JOEDOWD@JOEDOWDLAW.COM                                Joseph P Dowd,   880 Lee Street #100,
               DesPlaines, IL 60016-6465
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11022321      US Bank PO Box 5229 Cincinnati, Ohio 45201
                                                                                              TOTALS: 1, * 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7            Page 2 of 2              Date Rcvd: Jun 24, 2008
Case: 06-08696                Form ID: pdf002        Total Served: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2008**                    **Signature:**   *Joseph Speetjens*