IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
TUDOR, JAMES E. III

CHAPTER 7 CASE

CASE NO. 06B-08696 JS

JUDGE JOHN SQUIRES

Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $ 12,472.32 |
| 2. | Trustee's expenses | | $ 186.00 |
| | | TOTAL | $ 12,658.32 |
| 3. | Chapter 11 Trustee's compensation | | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | | $ 0.00 |
| | | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                         $ 10,907.50

   b. Expenses                                             $ 150.57

   c. Chapter 11 Compensation                              $ 0.00

   d. Chapter 11 Expenses                                  $ 0.00

2. Accountant for the Trustee
   a. Compensation                                         $ 1,285.00

1

|   |   |   |
|---|---|---|
| b. Expenses | $ | 0.00 |
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

                TOTAL     $_____12,343.07

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200 __ .

**ENTERED**

**JUL 2 5 2008**

ENTERED  _____

JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT